UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SALISHAN POINT, LLC, an Idaho LLC, KEITH G. CARPENTER and JULIE CARPENTER,<br><br>                 Plaintiffs,<br><br>    vs.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, as receiver for BANK OF WHITMAN and JOHN AND JANE DOES 1-10, individuals,<br><br>                 Defendants. | NO.  CV-12-0120-LRS<br><br>ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE AND WITHOUT FEES OR COSTS TO ANY PARTY |

Plaintiffs' filed their Motion For Order Dismissing Action Without Prejudice And Without Fees Or Costs To Any Party Per FRCP 41(a)(2) on November 29, 2012, and noted the same for a hearing on January 21, 2013 (ECF No. 8).  No defendant has filed a counterclaim herein nor has opposition to Plaintiffs' Motion for Dismissal been filed.  Accordingly,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-entitled action be and the same hereby is dismissed without prejudice and without the award of fees and costs to any party pursuant to FRCP 41(a)(2).

ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE - 1

1    The District Court Executive is directed to enter this Order and
2  close the file.
3    **DATED** this 25th day of January, 2013.

4
5                              *s/Lonny R. Suko*
6                         _____
                                   LONNY R. SUKO
                           UNITED STATES DISTRICT JUDGE
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28  ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE - 2